FILED BY _____ D.C.

05 AUG 11  PM 1:50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 02-20323-B |
| TARIO GRAHAM, | * | |
| Defendant. | * | |

## ORDER GRANTING UNOPPOSED MOTION TO CONTINUE HEARING ON SUPERVISED RELEASE VIOLATION

Before this Court is defendant's unopposed motion to continue hearing on supervised release violation, filed August 11, 2005. For good cause shown and without opposition the motion is GRANTED. The hearing will be reset by separate notice of this Court for approximately 30 days out.

It is so ORDERED this 11th day of August, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-12-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:02-CR-20323 was distributed by fax, mail, or direct printing on August 12, 2005 to the parties listed.

---

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT