IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 13 AM 7: 42

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs. | * | |
| | * | |
| TARIO GRAHAM | * | 02cr20323-1-Ma |

---

## ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

---

On December 12, 2005, **Tario Graham** appeared before me on a charge of failure to appear for his supervised release revocation hearing . The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a) and counsel was appointed.

At this hearing, counsel indicated that defendant Tario Graham wished to waive his right to a detention hearing and have this matter remanded to the United States District Court.

Accordingly, defendant is held to a final revocation hearing before United States District Judge **J. Daniel Breen.** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b), (c), and will see that appropriate notices are given.

The defendant is hereby remanded to the custody of the United States Marshals.

IT IS SO ORDERED this 12 day of December 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12/13/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 86 in case 2:02-CR-20323 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

Stephen P. Hall
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT